E-FILED
Thursday, 08 November, 2007  01:45:37 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
NOV 7 - 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. 07-30109 |
| ) | VIO: 21 U.S.C. § 841(a)(1), (b)(1)(B)(iii) |
| DARRELL KNOX, ) | |
| ) | |
| Defendant. ) | |

**INDICTMENT**

THE GRAND JURY CHARGES:

Count I

On or about June 7, 2006, at Jacksonville, in the Central District of Illinois, the defendant,

**DARRELL KNOX**,

knowingly and intentionally distributed 5 or more grams of a mixture or substance containing cocaine base, "crack", a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(iii).

Count II

On or about June 14, 2006, at Jacksonville, in the Central District of Illinois, the defendant,

**DARRELL KNOX**,

knowingly and intentionally distributed 5 or more grams of a mixture or substance containing cocaine base, "crack", a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(iii).

Count III

On or about July 6, 2006, at Jacksonville, in the Central District of Illinois, the defendant,

**DARRELL KNOX**,

knowingly and intentionally distributed 5 or more grams of a mixture or substance containing cocaine base, "crack", a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(iii).

A TRUE BILL,

s/ Foreperson

FOREPERSON

s/ Gregory M. Gilmore for
RODGER A. HEATON
UNITED STATES ATTORNEY

GMG

2