E-FILED
Monday, 19 November, 2007 11:19:10 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff<br><br>vs<br><br>DARRELL KNOX<br>721 S. Diamond<br>Jacksonville, IL<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **WARRANT FOR ARREST**<br><br><br>**CASE NO. 07-30109** |

**TO:** THE U. S. MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Darrell Knox, and bring him or her forthwith to the nearest magistrate judge to answer an Indictment charging him or her with Distribution of Cocaine Base "Crack" in violation of Title 21, United States Code, Section(s) 841(a)(1) and (b)(1)(B)(iii).

**JOHN M. WATERS**
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

**CLERK U.S. DISTRICT COURT**
Title of Issuing Officer

_November 9, 2007 at Springfield, Illinois_
Date and Location

Bail fixed at $ **NO BOND** by U.S. Magistrate Judge Byron G. Cudmore.

### RETURN
This warrant was received and executed with the arrest of the above named defendant at _Jacksonville_

| Date Received 11/09/07 | Name of Arresting Officer | James Jackson | Signature of Arresting Officer |
|---|---|---|---|
| Date of Arrest 11/14/07 | Title of Arresting Officer | DEA | _[signature]_ |