**E-FILED**
Thursday, 24 January, 2008  08:21:14 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  07-30109 |
| | ) | |
| DARRELL KNOX, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE

NOW COMES the Defendant, DARRELL KNOX, by Robert J. Scherschligt, his appointed counsel, and moves this Honorable Court to continue the pre-trial and trial settings in this cause for approximately 30 to 60 days.  In support hereof, the Defendant states as follows:

1.  This case is set for a pre-trial conference on Friday, February 1, 2008, at 10:00 a.m., and for jury trial on Tuesday, February 5, 2008, at 9:00 a.m.;

2.  The Defendant is not in custody;

3.  Defense counsel has participated in three teleconferences with the Defendant, those teleconferences occurring on January 18, 2008, January 22, 2008 and January 23, 2008;

4.  The government recently provided defense counsel with several disks of electronic discovery which defense counsel needs to view, along with the Defendant;

5.  Plea negotiations are ongoing in this cause, and the parties believe that this cause will be disposed of short of trial.  However, additional time is needed to formalize the details;

1

6.  The United States of America by Assistant United States Attorney Gregory Gilmore has no objection to the requested continuance;

7.  This motion is not made for the purpose of delay but in the interests of justice for the reasons herein set forth.

WHEREFORE, the defendant, DARRELL KNOX, prays this Honorable Court to continue the scheduled pre-trial and jury trial settings in this cause for approximately 30 to 60 days.

Respectfully submitted,

RICHARD H. PARSONS,
Chief Federal Public Defender,

By:    s/ Robert J. Scherschligt
Robert J. Scherschligt
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois  62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: robert_scherschligt@fd.org

PROOF OF SERVICE

I hereby certify that on January 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Gregory Gilmore
Office of the United States Attorney
318 S. Sixth Street
Springfield, Illinois 62701

By:    s/ Robert J. Scherschligt
Robert J. Scherschligt
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois  62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: robert_scherschligt@fd.org