**E-FILED**
Friday, 04 April, 2008  02:48:41 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07-cr-30109 |
| | ) | Hon. Jeanne E. Scott |
| vs. | ) | United States District Judge, |
| | ) | Presiding |
| DARRELL KNOX, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO FILE
## SECOND MOTION TO CONTINUE UNDER SEAL

NOW COMES the Defendant, DARRELL KNOX, by his court-appointed

counsel, Robert J. Scherschligt, Assistant Federal Public Defender, and moves this

Honorable Court for leave to file his Second Motion to Continue under seal.

The United States of America through Assistant United States Attorney

Gregory M. Gilmore has no objection to this matter being addressed under seal.

Respectfully submitted,

DARRELL KNOX, Defendant,

RICHARD A. PARSONS,
Chief Federal Public Defender,

BY:_____s/ Robert J. Scherschligt_____
Robert J. Scherschligt
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois  62701
Telephone: (217) 492-5070

Fax: (217) 492-5077
E-mail: robert_scherschligt@fd.org

PROOF OF SERVICE

I hereby certify that on April 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Gregory M. Gilmore
Assistant United States Attorney
Office of the United States Attorney
318 South Sixth Street
Springfield, Illinois 62701

By:  s/ Robert J. Scherschligt
Robert J. Scherschligt
Assistant Federal Public Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois  62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: robert_scherschligt@fd.org