E-FILED
Monday, 02 June, 2008   04:49:40 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-cr-30109 |
| | ) | Hon. Jeanne E. Scott |
| v. | ) | United States District Judge, |
| | ) | Presiding |
| DARRELL KNOX, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO VACATE FINAL PRETRIAL CONFERENCE
AND SCHEDULE FOR CHANGE OF PLEA HEARING**

NOW COMES the Defendant, DARRELL KNOX, by Robert J. Scherschligt, his appointed counsel, and moves this Honorable Court to vacate the final pre-trial conference, and schedule this cause for a change of plea hearing at the next available opportunity. In support thereof, the Defendant states as follows:

1. This cause is scheduled for a final pre-trial conference on Monday, June 30, 2008, at 9:30 a.m., and for jury trial on Tuesday, July 1, 2008, at 9:00 a.m.

2. The Defendant presently is not incarcerated.

3. Undersigned counsel has had an adequate amount of time to review all of the discovery materials with the Defendant, including electronic discovery, and to discuss all options and potential defenses with him.

4. Today, the Defendant instructed undersigned counsel to schedule this cause for a change of plea hearing.

5. The Defendant consents to United States Magistrate Judge jurisdiction for the change of plea hearing.

6. The United States of America by Assistant United States Attorney Gregory M. Gilmore has no objection to setting this cause for a change of plea hearing before the United States Magistrate Judge.

WHEREFORE, the Defendant, DARRELL KNOX, prays this Honorable Court to schedule this cause for a change of plea hearing at the next available date.

    Respectfully submitted,

    DARRELL KNOX, Defendant,

By:   s/ Robert J. Scherschligt
    Robert J. Scherschligt
    Assistant Federal Defender
    600 East Adams Street, 2nd Floor
    Springfield, Illinois  62701
    Telephone: (217) 492-5070
    Fax: (217) 492-5077
    E-mail: robert_scherschligt@fd.org

**PROOF OF SERVICE**

  I hereby certify that on June 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Gregory M. Gilmore
Assistant United States Attorney
United States Attorney's Office
318 South Sixth Street
Springfield, Illinois 62701

           By:   s/ Robert J. Scherschligt
             Robert J. Scherschligt
             Assistant Federal Defender
             600 East Adams Street, 2nd Floor
             Springfield, Illinois 62701
             Telephone: (217) 492-5070
             Fax: (217) 492-5077
             E-mail: robert_scherschligt@fd.org