**E-FILED**
Wednesday, 11 June, 2008  10:51:03 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

vs.                                    Case No.  07-30109

DARRELL KNOX

REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The United States of America and the Defendant having both filed a written consent,

appeared before me pursuant to Rule 11, Fed. R. Crim. P. and CDIL Rule 72.1(A)(24).  The

Defendant entered a plea of guilty to Counts 1, 2, and 3 of the Indictment.  After cautioning and

examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I

determined that the guilty pleas were knowing and voluntary as to each count, and that the

offenses charged are supported by an independent factual basis containing each of the

essential elements of such offenses.  I therefore recommend that the pleas of guilty be

accepted, that a pre-sentence investigation and report be prepared, and that the Defendant be

adjudged guilty and have sentence imposed accordingly.

6/10/2008                                          s/ Byron G. Cudmore
_____          _____
Date                                                   BYRON G. CUDMORE
                                               UNITED STATES MAGISTRATE JUDGE

NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge.  28 U.S.C. 636(b)(1)(B).